1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   GREGORY ELL SHEHEE,                     Case No. 1:15-cv-00428 AWI DLB PC

11              Plaintiff,                    ORDER DENYING MOTION TO PROCEED
                                             IN FORMA PAUPERIS ON APPEAL
12        v.
                                             (ECF No. 7)
13   SHERIFF MIMS, et al.,

14              Defendants.

15   _____/

16

17          Plaintiff Gregory Ell Shehee, a state prisoner proceeding pro se, filed this civil rights

18   action pursuant to 42 U.S.C. § 1983 on March 19, 2015.  On April 1, 2015, the Court noted that

19   Plaintiff has suffered three or more prior dismissals which qualify as final strikes under 28 U.S.C.

20   § 1915(g).    Accordingly, the Court dismissed the complaint without prejudice to refiling the

21   action with payment of the filing fee.  On April 10, 2015, Plaintiff filed a notice of appeal along

22   with a motion to proceed in forma pauperis.

23          An appeal is taken in good faith if the appellant seeks review of any issue that is not

24   frivolous.  Gardner v. Pogue, 558 F.2d 548, 550-51 (9th Cir. 1977); see also Hooker v. American

25   Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002) (if at least one issue or claim is non-frivolous, the

26   appeal must proceed in forma pauperis as a whole).  In this case, the Court finds that the appeal is

27   frivolous and not taken in good faith.

28

1     Accordingly, the Court HEREBY ORDERS that Plaintiff's motion to proceed in forma

2 pauperis on appeal is DENIED.

3

4 IT IS SO ORDERED.

5 Dated:   April 21, 2015                    _____

                                            SENIOR  DISTRICT  JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28